**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION**

---

| | |
|---|---|
| IN RE:   DAVID WAYNE LAMANCE AND<br>ROBBIN LEANN LAMANCE<br>A/K/A ROBBIN LEANN EDWARDS,<br>Debtors | Case No. 07-31422-RSJ<br>Chapter 13 |

---

## NOTICE OF TRANSFER OF CLAIM

      Before this Court are Matthew T. Tuck and John L. Billings of Wilson & Associates, P.L.L.C., who state that Countrywide Home Loans, Inc. ("Transferor") has transferred its claim no. 11 to Quantum Servicing Corp as servicing agent for Ellington Credit Fund 1 (USA), Inc. ("Transferee"), and requests the Clerk of the Court to send Notice to the Transferor as required by Fed.R.Bankr.P. 3001(e)(4).  In support hereof, Quantum Servicing Corp as servicing agent for Ellington Credit Fund 1 (USA), Inc.  submits the following information:

**Name and Address of Transferor (original claimant)**
Countrywide Home Loans, Inc.
Attn: Bankruptcy Department
400 Countrywide Way
Mail Stop SV-46
Simi Valley, CA 93065
Account No. xxxxxx2920

**Name and Address of Transferee**
Quantum Servicing Corp.
1 Corporate Drive, Suite 300
Lake Zurich, IL 90047
Account No. xxxxxx2781

**Amount of Claim (No. 11) Being Transferred**
Original total secured amount of claim: $112,980.70
Original arrearage portion of claim: $3,925.70

**Loan Account Number:**  xxxxxx2781

**THIS TRANSFER IS UNCONDITIONAL.**

Respectfully Submitted,

/s/ Matthew T. Tuck
Matthew T. Tuck (026027)
John L. Billings (025268)
WILSON & ASSOCIATES, P.L.L.C.
109 Northshore Drive, Suite 302
Knoxville, Tennessee 37919
(865) 558-5688

Attorneys for Movant

**CERTIFICATE OF SERVICE**

On September 25, 2008, a copy of the foregoing Notice of Transfer of Claim was served via United States Mail, postage prepaid, or electronically through the electronic filing system (ECF):

| | |
|---|---|
| Cynthia Lawson (ECF) | Gwendolyn M. Kerney (ECF) |
| Attorney at Law | Trustee |
| 5418 Clinton Highway | P.O. Box 228 |
| Knoxville, TN  37912 | Knoxville, TN  37901 |

/s/ Matthew T. Tuck
Matthew T. Tuck
John L. Billings

W&A No. 1219-118422
Loan No. xxxxxx2781