**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION**

| | |
|---|---|
| **In Re:** | * **CHAPTER 13** <br> * |
| **DAVID WAYNE LAMANCE and** <br> **ROBBIN LEANN LAMANCE,** | * **CASE NO.  07-31422** <br> * <br> * **JUDGE RICHARD STAIR, JR** |
| **Debtors.** | * |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

NOW COMES, **Acqura Loan Services** (herein "Transferee") and would state that the secured mortgage claim originally filed by Countrywide Home Loans, Inc. in the amount of $112,980.70 and reflecting an arrearage amount of $3,925.71 (Court Claim Number 11 filed May 24, 2007), pursuant to 11 U.S. § 1111(a), and subsequently transferred to Quantum Servicing Corp. by Notice of Transfer of Claim filed herein September 25, 2008, docket no. 47, has been serviced transferred to Acqura Loan Services. In support hereof, Acqura Loan Services, Transferee submits the following information:

**Name of Transferee and address:**

**Acqura Loan Services
Post Office Box 117622
Carrollton, TN 75007
New Last Four of Acct #: 0275**

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), FRBP of the transfer, other than for security, or the claim referenced in this evidence and notice.

Respectfully submitted,

**/S/**  Laura A. Grifka
**Laura A. Grifka. TBN 15119**
McCurdy & Candler, LLC
250 East Ponce De Leon Avenue, Suite 600
Decatur, Georgia  30031
Phone: (404) 373-1612, Ext. 1913
Fax: (404) 370-7237
lgrifka@McCurdyCandler.com

*M&C File No.08-01423*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and exact copy of the attached NOTICE has been served by United States mail, postage prepaid, or electronically, through the Court's Electronic Filing System to all parties indicated on the electronic filing receipt on the 15th day of March 2010 and to the Debtor on the 16th day of March 2010.

| | |
|---|---|
| David Wayne Lamance<br>Robbin Leann Lamance<br>119 Grey Stone Way<br>Kingston, TN 37763 | Gwendolyn M. Kerney<br>Chapter 13 Trustee<br>P.O. Box 228<br>Knoxville, TN 37901 |
| Cynthia T. Lawson<br>6704 Watermour Way<br>Knoxville, TN 37912 | Wilson & Associates, PLLC<br>109 Northshore Drive, Suite 302<br>Knoxville, TN 37919 |

I CERTIFY UNDER PENALTY OR PERJUTY THAT THE FOREGOING IS TRUE AND CORRECT.

/S/  Laura A. Grifka
**Laura A. Grifka , TBN #15119**

*M&C File No.08-01423*